PS 8
(12/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 1 1 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

U.S.A. vs.        Keith Alfred Hall        Docket No.        2:11CR00181-006

### Petition for Action on Conditions of Pretrial Release

COMES NOW Curtis G. Hare, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Keith Alfred Hall who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno sitting in the Court at Spokane, WA, on the 12th day of March 2012, under the following conditions:

**Standard Condition No. 24**: Substance abuse evaluation and treatment: If defendant is required to submit to a substance abuse evaluation inpatient or outpatient, the following shall apply:

Defendant shall complete treatment indicated by an evaluation or recommended by pretrial services and shall comply with all rules of the treatment program. Defendant shall be responsible for the cost of testing, evaluation, and treatment unless the United States Probation Office should determine otherwise. The United States Probation Office shall also determine the time and place of testing and evaluation and the scope of treatment. If the defendant fails in anyway to comply or cooperate with the requirements and rules of the treatment program, Pretrial Services shall notify the Court and the U.S. Marshal who shall be directed to immediately arrest the defendant.

The defendant shall participate in one or more of the following treatment programs:

Substance Abuse Evaluation: Defendant shall undergo a substance abuse evaluation as directed by the U.S. Probation Officer to be done in Spokane County Jail.

**Standard Condition No. 28**: Prohibited substance testing. If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through pretrial services, and shall not exceed six (6) per month. Defendant shall submit to any method of testing required by the pretrial services office for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of prohibited substance testing. Full mutual releases shall be executed to make communication between the Court, pretrial services, and the treatment vendor. Treatment shall not interfere with the defendant's court appearances.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation No. 1**: Keith Alfred Hall is considered in violation of his pretrial supervision in the Eastern District of Washington by failing to report for urine drug testing on June 6, 2012, and June 28, 2012.

**Violation No. 2**: Keith Alfred Hall is considered in violation of his pretrial supervision in the Eastern District of Washington by having tested positive for the use of amphetamine and methampetamine on July 2, 2012.

**Violation No. 3**: Keith Alfred Hall is considered in violation of his pretrial supervision in the Eastern District of Washington by failing to comply with the substance abuse treatment requirement.

RECEIVED
U.S. DISTRICT COURT

JUL 1 1 2012  at 2:28 pm

UNITED STATES MAGISTRATE JUDGE
SPOKANE WASHINGTON

PS-8
Re: HALL, Keith Alfred
July 11, 2012
Page 2

## PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 7/11/2012

by s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

S/ CYNTHIA IMBROGNO

Signature of Judicial Officer

July 11, 2012, at 2:45 p.m.

Date